IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01450-WYD-BNB

ROXANN LOUGHRAY,

Plaintiff,

v.

HARTFORD INSURANCE COMPANY,

Defendant.

## ORDER

This matter is before me on the plaintiff's **Motion to Quash Dismissal of Complaint & Attorney Fees** (the "Motion"), filed September 15, 2005. The plaintiff "requests to quash both the dismissal of the complaint and order awarding Continental attorney fees, costs, and such relief as the court deems proper." The Complaint has not been dismissed, however, and there has been no award of "attorney fees, costs, and such relief as the court deems proper."

IT IS ORDERED that the Motion is DENIED.

Dated September 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge