IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01450-PAC-BNB

ROXANN LOURAY,

    Plaintiff(s),

v.

HARTFORD INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER/ORDER OF REFERENCE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that pursuant to the Order of Reference, filed November 21, 2005, the prior Order of Reference of August 9, 2005 is **vacated.**

    IT IS **ORDERED** that pursuant to 28 U.S.C.A. § 636(b)(1)(A), this case is referred to Magistrate Judge Boyd N. Boland for the purpose of Settlement only.

    The Scheduling Order entered on November 21, 2005, will remain in full force and effect. The Final Pretrial Conference set before Judge Boland on June 26, 2006 is ***vacated and reset*** to **June 29, 2006 at 9:00 a.m.** and shall be held before Magistrate Judge Coan in Courtroom A501. The proposed Pretrial Order is due on or before **June 26, 2006.**

    IT IS **ORDERED** that a status conference is set for **January 6, 2006 at 10:00 a.m.**, in Courtroom A501.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

Dated: December 6, 2005