IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01450–PAC-BNB

ROXANN LOUGHRAY,

    Plaintiff(s),

v.

HARTFORD INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 20, 2006

    Upon review of the motion and the response, the court finds that Plaintiff has failed to advise the court of any facts to implicate the new defendants plaintiff wishes to add to her complaint.  Plaintiff further has failed to state any reasons why the proposed new defendants were not named in her original complaint and she has failed to attach a proposed amended complaint to her motion, which might have assisted the court in ascertaining the reasons she filed her motion.  Accordingly, lacking any legal or factual basis, IT IS HEREBY

    **ORDERED** that plaintiff's Motion to Amend Complaint for Joinder of Parties, Doc. # 28, filed January 5, 2006, is **denied**.