IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01450–PAC-BNB

ROXANN LOUGHRAY,

    Plaintiff(s),

v.

HARTFORD GROUP LIFE INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Remove "Hartford Insurance Company" as a Defendant and From Caption [filed June 13, 2006; Doc. No. 41] is **GRANTED** as follows:

    Defendant Hartford Insurance Company a/k/a Continental Casualty Company is removed from the caption of the case.

    Counsel shall use the above correct caption.

Dated:  June 14, 2006