IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01450–PAC-BNB

ROXANN LOUGHRAY,

    Plaintiff(s),

v.

HARTFORD GROUP LIFE INSURANCE COMPANY,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
June 19, 2006

    In this ERISA case, Plaintiff's Unopposed Motion for Review of the Administrative Record [filed June 13, 2006; Doc. No. 44], is unclear about what relief plaintiff is seeking. Although the title of the motion appears to be for plaintiff's review of the administrative record, the Court assumes that the administrative record has previously been made available to plaintiff's counsel. If plaintiff is simply asking the court to rule on the administrative record and the briefs in this matter, then it is hereby

    ORDERED that plaintiff's motion, Doc. # 44, is GRANTED. Counsel further are advised that oral argument on the briefs in this matter has been set for August 17, 2006 at 9:00 a.m. in Courtroom A-501. A ruling on the briefs will be made in due course after the oral argument.