IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01450–PAC-BNB

ROXANN LOUGHRAY,

    Plaintiff(s),

v.

HARTFORD GROUP LIFE INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate Final Pretrial Conference dated June 23, 2006 (doc. 49) is granted.  The final pretrial conference set for June 29, 2006 at 9:00 a.m. is vacated.

June 26, 2006